UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| REBECCA THORPE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:21-CV-241-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| BOARD OF EDUCATION | ) | **JUDGMENT** |
| OF POWELL COUNTY, | ) | |
| KENTUCKY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Defendants' Supplemental Motion for Summary Judgment [R. 19] is **GRANTED** as to all of Plaintiff's claims.

2. Judgment is **ENTERED** in favor of the Defendants.

3. This is a **FINAL** judgment, and this matter is **STRICKEN** from the Court's active docket.

This the 27th day of September, 2023.

*[Signature]*

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY